UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERI SANDERS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:13-CV-4312-M (BF) |
| | § | |
| SECRETARY OF VETERANS | § | |
| AFFAIRS, | § | |
|     Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated June 12, 2014. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant the Secretary for the Department of Veterans Affairs' motion to dismiss is GRANTED, and Plaintiff's claims are DISMISSED without prejudice for lack of subject matter jurisdiction.

**SO ORDERED** this 16th day of July, 2014.

*[signature]*

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS